

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-18-00340-CV

**IN THE MATTER OF THE GARCIA MARITAL TRUST,**
Appellant

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017-CVK-002555-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

    Appellant's brief was due to be filed by August 6, 2018. Neither the brief nor a motion for extension of time have been filed. It is therefore ORDERED that appellant show cause in writing within ten days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court